IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER LEE OUTLEY,                    No. CIV S-06-2271-MCE-CMK-P

       Plaintiff,

  vs.                                                              ORDER

GLENN N. JAMES,

       Defendant.

_____/

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for leave to file an amended complaint (Doc. 34), filed on October 25, 2007.  The court hereby directs defendant to file a response to plaintiff's request within 20 days of the date of this order.

       IT IS SO ORDERED.

DATED:  November 1, 2007

                                               **CRAIG M. KELLISON**
                                               UNITED STATES MAGISTRATE JUDGE