IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE OUTLEY, | No. CIV S-06-2271-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| GLENN N. JAMES, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is defendant's motion for an extension of time (Doc. 44).  Defendant states that plaintiff served a motion for summary judgment, which was received on December 26, 2007, and seeks an extension of time to February 12, 2008, to respond to that motion.[1]  Assuming such a motion is actually filed (as opposed to merely being served), defendant's motion is granted.  The court also finds it appropriate to extend the time for plaintiff to respond to any dispositive motion served and filed by defendant to this same date.

/ / /

---

[1] Plaintiff's motion is attached to Doc. 43.  The Clerk of the Court will be directed to detach plaintiff's motion for summary judgment and to file it separately.

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.    The Clerk of the Court is directed to detach plaintiff's motion for summary judgment, which is included in Doc. 43, and to file it separately;

4       2.    Defendant's motion for an extension of time (Doc. 44) is granted: and

5       3.    Oppositions to dispositive motions are due by February 12, 2008.

DATED: January 3, 2008

                                                    /s/ Craig M. Kellison  
                                                    **CRAIG M. KELLISON**  
                                                    UNITED STATES MAGISTRATE JUDGE