IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE OUTLEY, | No. CIV S-06-2271-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| GLENN N. JAMES, | |
| Defendant. | |
| _____ / | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's document entitled "Plaintiff's Opposition to Magistrate's Order Denying Plaintiff's Motion to Amend Complaint" (Doc. 43), filed on December 26, 2007.  The court construes plaintiff's document as a motion for reconsideration of the magistrate judge's December 14, 2007, order.

Pursuant to Eastern District of California Local Rule 72-303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.  The December 14, 2007 order is, therefore, affirmed.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for reconsideration is denied; and

2. The magistrate judge's December 14, 2007, order is affirmed.

Dated: January 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE