IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE OUTLEY, | No. CIV S-06-2271-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| GLENN N. JAMES, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendant's motion for relief from the requirement of filing a pre-trial statement (Doc. 61). The request is denied as unnecessary because, on October 1, 2007, the court vacated the due dates for pre-trial statements.

IT IS SO ORDERED.

DATED: February 14, 2008

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1