IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE OUTLEY, | No. CIV S-06-2271-MCE-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| GLENN N. JAMES, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for an extension of time (Doc. 80). The request is denied for two reasons: (1) plaintiff has not stated what deadline he wants extended; and (2) plaintiff's notice of interlocutory appeal (Doc. 60) of the court's December 14, 2007, order denying leave to amend effectively deprives this court of jurisdiction while the appeal is pending.

IT IS SO ORDERED.

DATED: March 31, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1