IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE OUTLEY, | No. CIV S-06-2271-MCE-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| GLENN N. JAMES, | |
|     Defendant. | |
| _____/ | |

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for an extension of time (Doc. 87) to file objections to the court's June 27, 2008, findings and recommendations.  In his motion, plaintiff seeks a 90-day extension of time due to restricted law library access.  A review of the record and the court's findings and recommendations, which addressed the parties' cross motions for summary judgment, indicates that further law library access is unnecessary.  Specifically, that the legal issues in this case are not complex and the findings and recommendations are based on the court's analysis of the facts of the case as revealed by the evidence submitted.  Whether summary judgment is appropriate will be based on the court's conclusions regarding the facts and not any complex legal issues requiring additional briefing

1

from plaintiff.  The court will, however, grant plaintiff a short extension of time to August 8, 2008, to file objections to the findings and recommendations.

          Accordingly, IT IS HEREBY ORDERED that:

          1.     Plaintiff's request for a 90-day extension of time (Doc. 87) is denied; and

          2.     The parties may file objections to the court's June 27, 2008, findings and recommendations by August 8, 2008.

DATED:  July 14, 2008

                                         **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE